974 A.2d 1159

**Harry SMITH, Petitioner**

v.

**Joyce ADAMS (Warden of Detention Center), Commonwealth of Pennsylvania, City of Philadelphia (Board of Probation and Parole), Respondents.**

**No. 42 EM 2009.**

Supreme Court of Pennsylvania.

June 22, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of June, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing on the Pending Petition for Writ of Habeas Corpus are **DENIED.**